# United States Court of Appeals

## For the Eighth Circuit

_____

No. 23-2840

_____

Reginald L. Dunahue

*Plaintiff - Appellant*

v.

Dexter Payne, Director, Arkansas Department of Correction;
Wendy Kelley, Former Director, Arkansas Department of Correction;
Marshall Dale Reed, Chief Deputy, Arkansas Department of Correction;
Jeremy C. Andrews, Warden, EARU, ADC; James Dycus, Deputy Warden,
EARU, ADC; David Knott, Major, EARU, ADC

*Defendants - Appellees*

Morieon Kelly, Captain, EARU, ADC

*Defendant*

Stephanie Palmer, Sergeant, East Arkansas Maximum Security Unit, ADC

*Defendant - Appellee*

Latosha Davis, Lieutenant, EARU, ADC; Kathy Baxter, Corporal/S.E.T. Team,
East Arkansas Maximum Security Unit, ADC (originally named as K Baxter);
Demarcus Lewis, Corporal/ S.E.T. Team, East Arkansas Maximum Security Unit,
ADC; Terrence Akins, Corporal/ S.E.T. Team, East Arkansas Maximum Security
Unit, ADC; Erma Bell, Kitchen Captain, EARU, ADC (originally named as Bell)

*Defendants*

Emmer Branch, Deputy Warden, ADC, East Arkansas Regional Unit

*Defendant - Appellee*

Wallace McNary, Captain, ADC, East Arkansas Regional Unit

*Defendant*

Georgette Broadway, Grievance Officer, ADC, East Arkansas Regional Unit

*Defendant - Appellee*

Justine Minor, Disciplinary Judge, ADC, East Arkansas Regional Unit

*Defendant*
_____

Appeal from United States District Court
for the Eastern District of Arkansas
_____

Submitted: March 5, 2024
Filed: March 14, 2024
[Unpublished]
_____

Before COLLOTON,[1] KELLY, and GRASZ, Circuit Judges.
_____

PER CURIAM.

_____

[1]Judge Colloton became chief judge of the circuit on March 11, 2024. *See* 28 U.S.C. § 45(a)(1).

Reginald Dunahue appeals the district court's[2] orders dismissing some of his claims and granting summary judgment for the defendants on the remaining claims, in his pro se 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. *See Townsend v. Murphy*, 898 F.3d 780, 783 (8th Cir. 2018) (reviewing de novo grant of summary judgment); *Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir. 2000) (reviewing de novo 28 U.S.C. § 1915(e)(2)(B) dismissal); *Ash v. Anderson Merchandisers, LLC*, 799 F.3d 957, 960 (8th Cir. 2015) (reviewing de novo dismissal for failure to state a claim). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B. The request for oral argument is denied as moot.

_____

[2]The Honorable D.P. Marshall Jr., then Chief Judge, now United States District Judge for the Eastern District of Arkansas, in part adopting the findings and recommendations of the Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas.